SILLS CUMMIS & GROSS P.C.
Scott D. Stimpson (*pro hac vice* forthcoming)
Katherine Lieb
101 Park Avenue, 28th Floor
New York, NY 10178
(212) 643-7000

SILLS CUMMIS & GROSS P.C.
Robert E. Schiappacasse
Linxuan Yan (application for admission forthcoming)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

*Attorneys for Plaintiff Earle Refining, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EARLE REFINING, LLC, | : |
| | Civil Action No. 22-4469 |
| Plaintiff, | : |
| vs. | Jury Trial Demanded |
| | : |
| NEW VACUUM TECHNOLOGIES LLC and NORTH JERSEY PETROLEUM OPERATIONS, LLC, | : **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |
| | : |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Earle Refining, LLC states that it is a limited liability company whose members are WRE Family 2016 Trust, TJE Family 2016 Trust, and MGE Family 2016 Trust, and it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.
101 Park Ave, 28th Floor
New York, NY 10178
(212) 643-7000

By:    s/ Katherine M. Lieb
      SCOTT STIMPSON (*pro hac vice*
      forthcoming)
      KATHERINE M. LIEB

SILLS CUMMIS & GROSS P.C.
Robert E. Schiappacasse
Linxuan Yan (application for admission
forthcoming)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

*Attorneys for Plaintiff Earle Refining, LLC*

Dated: July 7, 2022