# AFFIDAVIT OF SERVICE

| Case: 3:22-cv-04469-GC-DEA | Court: United States District Court District Of New Jersey | County: | Job: 7349899 |
|---|---|---|---|
| **Plaintiff / Petitioner:** EARLE REFINING, LLC, | | **Defendant / Respondent:** NEW VACUUM TECHNOLOGIES LLC, ET AL.,NEW VACUUM TECHNOLOGIES LLC, ET AL.,NEW VACUUM TECHNOLOGIES LLC, ET AL., | |
| **Received by:** Serving By Irving Inc | | **For:** | |
| **To be served upon:** NORTH JERSEY PETROLEUM OPERATIONS, LLC C/O Secretary of State | | | |

I, Michael Weinshenker , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Vicky Doe, CORPORATE: 33 W STATE ST 5th Floor, TRENTON, NJ 08608
**Manner of Service:** Government Agency, Jul 21, 2022, 9:47 am EDT
**Documents:** Summons in a Civil Case, Complaint for Infringement of United States Patent No. 10,053,635 with Exhibits 1-13, U.S. Patent and Trademark Office Form, Plaintiff's Corporate Disclosure Statement Pursuant to Rule 7.1, check of $75.00 state fee, Affidavits of due diligence.

**Additional Comments:**
1) Successful Attempt: Jul 21, 2022, 9:47 am EDT at CORPORATE: 33 W STATE ST 5th Floor, TRENTON, NJ 08608 received by Vicky Doe. Age: 45; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'4"; Hair: Black; Relationship: Supervisor ;

_____  7/21/2022
Michael Weinshenker        Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____  7/21/2022
Notary Public
                          exp 10/23/2025
Date              Commission Expires



NAOMI H. WEINSHENKER
NOTARY PUBLIC OF NEW JERSEY
Commission # 50141465
My Commission Expires 10/23/2025

# AFFIDAVIT OF NON-SERVICE

| Case: 3:22-cv-04469-GC-DEA | Court: United States District Court District Of New Jersey | County: | Job: 7349899 |
|---|---|---|---|
| Plaintiff / Petitioner: EARLE REFINING, LLC, | | Defendant / Respondent: NEW VACUUM TECHNOLOGIES LLC, ET AL.,NEW VACUUM TECHNOLOGIES LLC, ET AL.,NEW VACUUM TECHNOLOGIES LLC, ET AL., | |
| Received by: Ai Legal Services | | For: Serving By Irving Inc. | |
| To be served upon: NORTH JERSEY PETROLEUM OPERATIONS, LLC C/O Secretary of State | | | |

I, Anthony Iavarone, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** NORTH JERSEY PETROLEUM OPERATIONS, LLC C/O Secretary of State, CORPORATE: 534 S FRONT ST, ELIZABETH, NJ 07202

**Manner of Service:** Non-Service

**Documents:** Summons, Complaint, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Complaint - USPTO Form, Earle Refining 7.1 Statement and Civil Cover Sheet.

**Additional Comments:**
1) Unsuccessful Attempt: Jul 13, 2022, 11:50 am EDT at CORPORATE: 534 S FRONT ST, ELIZABETH, NJ 07202
Per Arthur, at NY terminal stated that business is unknown and nobody here authorized to accept.

Anthony Iavarone   Date 7/18/22

Ai Legal Services
400 Tenafly Rd #70
Tenafly, NJ 07670
(201) 751-1771

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 7/18/22   Commission Expires 11/20/25

LAUREN IAVARONE
Commission # 50027563
Notary Public, State of New Jersey
My Commission Expires
November 20, 2025