KEVIN J. O'CONNOR
**PECKAR & ABRAMSON, P.C.**
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434
koconnor@pecklaw.com
*Attorney for Defendants*
*New Vacuum Technologies, LLC and*
*North Jersey Petroleum Operations, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EARLE REFINING, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>NEW VACUUM TECHNOLOGIES LLC and NORTH JERSEY PETROLEUM OPERATIONS, LLC,<br><br>       Defendants, | Case No. 3:22-cv-04469-GC-DEA<br><br>**DEFENDANT NEW VACUUM TECHNOLOGIES LLC's AND NORTH JERSEY PETROLEUM OPERATIONS, LLC's CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

  The undersigned counsel for New Vacuum Technologies, LLC and North Jersey Petroleum Operations, LLC certifies that these two parties are non-governmental corporate parties and that neither party has a parent corporation nor is there any publicly held corporation that owns 10% or more of either parties' stock.

1

                              Respectfully submitted,

                              */s/ Kevin J. O'Connor*
                              KEVIN J. O'CONNOR
                              **PECKAR & ABRAMSON, P.C.**
                              70 Grand Avenue
                              River Edge, New Jersey 07661
                              (201) 343-3434
                              koconnor@pecklaw.com
                              *Attorney for Defendants*
                              *New Vacuum Technologies, LLC and*
                              *North Jersey Petroleum Operations, LLC*

Date:   August 2, 2022