**PECKAR & ABRAMSON, P.C.**
70 Grand Avenue
River Edge, NJ 07661
Telephone: (201) 343-3434
Kevin J. O'Connor, Esq. KOConnor@pecklaw.com
Kevin M. Foltmer KFoltmer@pecklaw.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EARLE REFINING, LLC,<br><br>                              Plaintiff,<br>vs.<br><br>NEW VACUUM TECHNOLOGIES LLC and NORTH JERSEY PETROLEUM OPERATIONS, LLC,<br><br>                              Defendants. | Case No. 3:22-cv-04469-GC<br><br>ECF CASE – Electronically Filed<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION OR IN THE ALTERNATIVE TO DISMISS OR STAY PURSUANT TO THE FEDERAL ARBITRATION ACT** |

**PLEASE TAKE NOTICE** that, upon the Complaint, the Declaration of Joseph Laura, with exhibits attached thereto, and the accompanying Memorandum of Law in Support of Motion, Defendants New Vacuum Technologies, LLC ("NVT") and North Jersey Petroleum Operations, LLC ("NJPO" and, with NVT, collectively ("Defendants"), by their attorneys, Peckar & Abramson, P.C., will move this Court, at the United States District Court, 402 East State Street Office Room 2020, Trenton, New Jersey 08608, before the Honorable Georgette Castner, U.S.D.J., on September 6, 2022, for an Order dismissing the Complaint without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or dismissing or staying the Complaint pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* ("FAA").

**PLEASE TAKE FURTHER NOTICE** that answering and reply papers to this motion shall be served in accordance with Local Rule 7.1 of this Court.

1

Dated: August 4, 2022                              PECKAR & ABRAMSON, P.C.

By: */s/ Kevin J. O'Connor*
KEVIN J. O'CONNOR, ESQ.
70 Grand Avenue
River Edge NJ 07661
201-343-3434
*Attorneys for Defendants*

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

2

## DECLARATION OF SERVICE

I state upon penalty of perjury that on August 4, 2022, a true and correct copy of the within Notice of Motion with accompanying documentation was served by ECF.

| | |
|---|---|
| Dated: August 4, 2022 | PECKAR & ABRAMSON, P.C. |
| | By: */s/ Kevin J. O'Connor* |
| | KEVIN J. O'CONNOR, ESQ. |
| | 70 Grand Avenue |
| | River Edge NJ 07661 |
| | 201-343-3434 |
| | *Attorneys for Defendants* |

LAW OFFICES

Peckar & Abramson

A Professional Corporation

3