**PECKAR & ABRAMSON, P.C.**
70 Grand Avenue
River Edge, NJ 07661
Telephone: (201) 343-3434
Kevin J. O'Connor, Esq. KOConnor@pecklaw.com
Kevin M. Foltmer KFoltmer@pecklaw.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EARLE REFINING, LLC,<br><br>                         Plaintiff,<br>vs.<br><br>NEW VACUUM TECHNOLOGIES LLC and<br>NORTH JERSEY PETROLEUM<br>OPERATIONS, LLC,<br><br>                         Defendants. | Case No. 3:22-cv-04469-GC<br><br>ECF CASE – Electronically Filed<br><br>**NOTICE OF MOTION TO STAY THE ACTION OR IN THE ALTERNATIVE TO DISMISS THE COMPLAINT FOR FAILURE TO JOIN INDISPENSABLE PARTIES** |

**PLEASE TAKE NOTICE** that, upon the Complaint, the Declaration of Kevin J. O'Connor, Esq., with exhibits, the prior filed Declaration of Joseph Laura, with exhibits attached thereto, and the accompanying Memorandum of Law in Support of Motion, Defendants New Vacuum Technologies, LLC ("NVT") and North Jersey Petroleum Operations, LLC ("NJPO" and, with NVT, collectively ("Defendants"), by their attorneys, Peckar & Abramson, P.C., will move this Court, at the United States District Court, 402 East State Street Office Room 2020, Trenton, New Jersey 08608, before the Honorable Robert Kirsch, U.S.D.J., on June 20, 2023, for an Order staying the Complaint pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* ("FAA") for a period of ninety (90) days or in the alternative dismissing the Complaint for failure to join indispensable parties.

**PLEASE TAKE FURTHER NOTICE** that answering and reply papers to this motion shall be served in accordance with Local Rule 7.1 of this Court.

1

|  |  |
|---|---|
| Dated: May 19, 2023 | PECKAR & ABRAMSON, P.C. |
|  | By: */s/ Kevin J. O'Connor* <br> KEVIN J. O'CONNOR, ESQ. <br> 70 Grand Avenue <br> River Edge NJ 07661 <br> 201-343-3434 <br> *Attorneys for Defendants* |

LAW OFFICES

Peckar & Abramson

A Professional Corporation

## DECLARATION OF SERVICE

I state upon penalty of perjury that on May 19, 2023, a true and correct copy of the within Notice of Motion with accompanying documentation was served by ECF.

Dated: May 19, 2023                                                      PECKAR & ABRAMSON, P.C.

By: */s/ Kevin J. O'Connor*
KEVIN J. O'CONNOR, ESQ.
70 Grand Avenue
River Edge NJ 07661
201-343-3434
*Attorneys for Defendants*

3