KEVIN J. O'CONNOR
**PECKAR & ABRAMSON, P.C.**
70 Grand Avenue
River Edge, New Jersey 07661
Tel: (201) 343-3434
Fax: (201) 343-6306
koconnor@pecklaw.com
*Attorneys for Defendants*
*North Jersey Petroleum Operations, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EARLE REFINING, LLC,<br><br>                                Plaintiff,<br>vs.<br><br>NEW VACUUM TECHNOLOGIES LLC and NORTH JERSEY PETROLEUM OPERATIONS, LLC,<br><br>                                Defendants. | Case No. 3:22-cv-04469-GC-DEA<br><br>**DEFENDANT NORTH JERSEY PETROLEUM OPERATIONS, LLC's CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

The undersigned counsel for North Jersey Petroleum Operations, LLC certifies that this party is a non-governmental corporate party and has no parent corporation nor is there any publicly held corporation that owns 10% or more of stock.

1

Respectfully submitted,

 /s/ Kevin J. O'Connor
KEVIN J. O'CONNOR
**PECKAR & ABRAMSON, P.C.**
70 Grand Avenue
River Edge, New Jersey 07661
Tel: (201) 343-3434
Fax: (201) 343-6306
koconnor@pecklaw.com
*Attorneys for Defendants*
*North Jersey Petroleum Operations, LLC*

Date: May 23, 2023

## **CERTIFICATE OF SERVICE**

I, Kevin J. O'Connor, Esq., hereby certify that on May 23, 2023, I electronically filed the within Disclosure Statement Pursuant to Rule 7.1 on all counsel of record via CM/ECF.

Dated: May 23, 2023

                                                   */s/   Kevin J. O'Connor*
                                                   Kevin J. O'Connor

#4803934v1